FORM L51 Final Decree  (v.7.06)

07−25079 − C − 7



## UNITED STATES BANKRUPTCY COURT
### Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**11/16/07**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

lpas

## FINAL DECREE

**Case Number:**    07−25079 − C − 7

Debtor Name(s), Social Security Number(s), and Address(es):

Arminda Mendoza
xxx−xx−7650

1307 Railroad Ave
Orland, CA 95963

Gonzalo Mendoza
xxx−xx−7711

1307 Railroad Ave
Orland, CA 95963

**Trustee:**    Michael P. Dacquisto
PO Box 992631
Redding, CA 96099

**Telephone Number:**    530−244−6267

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:    501 I Street, Room 7−500, Sacramento, CA 95814
For cases in the Fresno Division:    2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above−entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
11/16/07

For the Court,
Richard G. Heltzel , Clerk